*FILED*
*APR 25 2012*
*CLERK, U.S. DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*JACKSONVILLE, FLORIDA*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.

Case No. 3:12-cr-76-J-325RK

Cts. 1 - 2:  18 U.S.C. § 876(c)

MICHAEL DEAN DREW

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 16, 2011, at Martin County, in the Southern District of Florida, at Duval County, in the Middle District of Florida, and elsewhere,

### MICHAEL DEAN DREW,

the defendant herein, knowingly and willfully, caused to be deposited in the mail, for delivery by the United States Postal Service and caused to be delivered by the United States Postal Service, a true threat to injure a person, to-wit: a communication addressed to A.M. and containing a threat to injure A.M.

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

On or about September 16, 2011, at Martin County, in the Southern District of Florida, at Duval County, in the Middle District of Florida, and elsewhere,

### MICHAEL DEAN DREW,

the defendant herein, knowingly and willfully, caused to be deposited in the mail, for delivery by the United States Postal Service and caused to be delivered by the United States Postal Service, a true threat to injure a person, said person being an employee of the United States whom was engaged in the performance of official duties, to-wit: a communication addressed to T.J.C. and containing a threat to injure T.J.C., while T.J.C. was employed as a United States District Judge in the Middle District of Florida and performing official duties as a United States District Judge.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MARK B. DEVEREAUX
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. 2011-03

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## MICHAEL DEAN DREW

## INDICTMENT

Violations:

Cts. 1, 2:      18 U.S.C. § 876(c)

A true bill,

_____
Foreperson

Filed in open court this 25th day

of April, 2012.

_Megan D Chaddock_
Deputy Clerk

Bail  $_____

GPO 863 525